UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-cv-00016-SEB-MJD ) |
| DURHAM ENGINEERING, INC., et al. | ) ) ) |
| Defendants. | ) |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's request for declaratory relief, holding that Plaintiff has no duty to defend or indemnify Defendant Durham Engineering, Inc. in the underlying lawsuit.

Date: ___1/6/2020___    _____Sarah Evans Barker_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timothy Francis Devereux
WAGNER REESE, LLP
tdevereux@WagnerReese.com

Dustin F. Fregiato
LADENDORF LAW
dustin@ladendorf.com

Logan C. Hughes
REMINGER CO. LPA (Indianapolis)
lhughes@reminger.com

Houston Hum
REMINGER CO. LPA (Indianapolis)
hhum@reminger.com

Mark C. Ladendorf
LADENDORF LAW
mark@ladendorf.com

Charles J. Maiers
DUE DOYLE FANNING  & ALDERFER LLP
cmaiers@duedoyle.com

Joshua P. Mayer
SHIPMAN & GOODWIN, LLP
jmayer@goodwin.com

James P. Ruggeri
SHIPMAN & GOODWIN, LLP
jruggeri@goodwin.com